MAR-02-00 12:32  From:                                    T-301  P.05/07  Job-482

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DIET DRUGS (Phentermine/          :
Fenfluramine/Dexfenfluramine)            :       MDL Docket No. 1203
PRODUCTS LIABILITY LITIGATION            :

## PRETRIAL ORDER NO. 1162

### (Designation of Treating Physicians As Case-Specific Experts)

This Order will govern the designation of treating physicians as case-specific experts in all cases that are part of this coordinated proceeding.

Pursuant to Pretrial Order No. 417, Plaintiffs are required to designate case-specific experts who are expected to testify as to any issue other than economic damages. In addition to identifying these experts, Pretrial Order No. 417 requires Plaintiffs to provide all expert disclosures in accordance with Fed. R. Civ. P. 26(a)(2).

The Special Discovery Master has informed the Court that some Plaintiffs have failed to designate as experts treating physicians who intend to give opinion testimony regarding causation. Absent proper disclosures, Defendants are denied an adequate opportunity to prepare for the depositions of these experts.

Although most Plaintiffs have identified treating physicians in their fact sheets, this identification does not meet the expert disclosure requirements of Pretrial Order No. 417 or Fed. R. Civ. P. 26(a)(2). As such, any Plaintiff who intends to rely

MAR-02-00  12:32  From:                                                   T-301  P.06/07  Job-482

upon a treating physician as a causation expert must designate
the physician as a case-specific expert and provide all Fed. R.
Civ. P. 26(a)(2)(B) disclosures pursuant to the deadlines
established by Pretrial Order No. 992.

In those cases where Plaintiffs have designated by name
their treating physicians as case-specific experts within the
established deadlines but have failed to provide the disclosures
required by Fed. R. Civ. P. 26(a)(2)(B), Plaintiffs shall serve
complete expert disclosures within thirty (30) calendar days of
the date of this Order.

For those cases with Discovery Initiation Dates ("DIDs") up
to and including October 1, 1998, where the deadlines for
designating case-specific experts have expired, Plaintiffs may
designate their treating physicians as case-specific experts in
accordance with the following conditions:

1.    Plaintiffs may designate as case-specific experts only
those physicians previously identified in their fact sheets as
treating physicians;

2.    Plaintiffs must designate their treating physicians as
case-specific experts within fourteen (14) calendar days of the
date of this Order;

3.    Plaintiffs must provide all expert disclosures, as
required by Fed. R. Civ. P. 26(a)(2)(B), for those treating

2

physicians designated as case-specific experts within thirty (30)

calendar days of the date of this Order; and

4.   In those situations where Defendants have deposed

previously the treating physician who is now designated as

Plaintiff's case-specific expert pursuant to this Order, as a

fact witness after the deadline for disclosure, Defendants may

redepose this physician with Plaintiff to bear the costs,

including reasonable expert fees, counsel fees and expenses.

Plaintiffs shall not bear the costs for Defendants to depose a

treating physician not yet deposed by the Defendants.

The Special Discovery Master will establish deadlines in

addition to those set forth herein for completing the depositions

of all related case-specific experts and for Defendants to

provide responsive expert designations and disclosures.

BY THE COURT:

BECHTLE, J.

Date: February 16, 2000

3

# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS | § | MDL DOCKET NO. 1203 |
| (PHENTERMINE, FENFLURAMINE, | § | |
| DEXFENFLURAMINE) PRODUCTS | § | |
| LIABILITY LITIGATION | § | |
| | § | |
| THIS DOCUMENTS RELATES TO: | § | |
| | § | |
| PEGGY MARTINEZ | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | CIVIL ACTION NO. 02-20135 |
| CORPORATION, ET AL | | |

## PLAINTIFFS' DESIGNATION OF CASE SPECIFIC
### EXPERT AND REPORT

In accordance with Feb. R. Civ. P. 26(a)(2) and applicable Pretrial Orders,

Plaintiff hereby designates that Plaintiff may call to testify in the above-referenced case

the case specific expert witness, Dr. Chester Falterman. The report of the expert witness

is attached hereto.

Respectfully submitted,

O'QUINN, LAMINACK & PIRTLE

SUSAN EARNEST (LA# 22348)
RICHARD N. LAMINACK (TBA #11850350)
THOMAS W. PIRTLE (TBA #16038610)
440 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-1000
(713) 223-4870 (fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

forwarded via Regular United States Mail to all counsel of record on this _22_ day of

October, 2003.

Michael T. Scott
REED SMITH, L.L.P.
2500 One Liberty Place
Philadelphia, Pennsylvania 19103
Telephone:    215/851-8248
Facsimile:    215/851-1420

LIASON COUNSEL OR FENFLURAMINE AND DEXFENFLURAMINE
DEFENDANTS

Edward W. Madeira, Jr.
PEPPER HAMILTON, L.L.P.
Bell Atlantic Building, 34th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
Telephone:    215/981-4353
Facsimile:    215/981-4307

LIASON COUNSEL FOR PHENTERMINE MANUFACTURERS AND SUPPLIERS

Edward S. Weltman
GOODWIN PROCTOR, L.L.P.
1285 Avenue of the Americas
New York, New York 10019
Telephone:    212/956-1500
Facsimile:    212/956-3252

CO-LEAD COUNSEL FOR PHENTERMINE DEFENDANTS

Peter L. Resnick
McDERMOTT, WILL & EMERY
28 State Street, 34th Floor
Boston, Massachusetts 02109-1775
Telephone:    617/535-4000
Facsimile:    617/535-3800

2

**CO-LEAD COUNSEL FOR PHENTERMINE DEFENDANTS**

Mr. John J. Disimone, III
Plaintiffs' Management Committee
Diet Drugs Products Liability Litigation
325 Chestnut Street, Suite 200
Philadelphia, Pennsylvania 19106

**PLAINTIFFS' MANAGEMENT COMMITTEE**

SUSAN EARNEST

3



**ECHO SECTOR REPORT**

| | | | |
|---|---|---|---|
| NAME: | Peggy H. Martinez | DATE: | 11/18/97 |
| DOCTOR: | Dr. Falterman | AGE/SEX: | 48/F |
| HOSPITAL # | | CLINIC # | 75550 |
| INDICATIONS: | SOB. | | |

**Heart Clinic of Louisiana**

A Professional
Medical Corporation

Frederick G. Kushner, MD
Medical Director
C. Britton Mictior, MD
Medical Director
Chester J. Falterman, MD
E. Kenneth Kerut, MD
Lesho W. Laveque, MD
Louis B. Glade, MD
David B. Hirschman, MD

**HISTORY:**

**PAST HISTORY:**

**MEASUREMENTS**

| (NORMALS) | | | |
|---|---|---|---|
| (7-28)MM | | RVD | 23 |
| (30-53)MM | | LVEDD | 57 |
| | | LVESD | 38 |
| ( >25%) | | F.S. | 33 |
| (6-11)MM | | IVS | 7 |
| (6-10)MM | | LVPW | 7 |
| (20-37) | | AORTIC ROOT | 31 |
| (15-26)MM | | AV EXCURSION | 23 |
| (19-40)MM | | LAD | 36 |
| (0-8)MM | | MITRAL E POINT SEPTAL SEPARATION: | 5 |
| ( >45) | | EF SLOPE | |

**TECH NOTES:**

**INTERPRETATION:** This is technically a good quality study. The left atrium, aortic root, right atrium and right ventricle are normal. The left ventricle is minimally dilated to 5.7 cm. Left ventricular wall motion and systolic function are normal. There is no pericardial effusion. The aortic, tricuspid, mitral and pulmonic valves are morphologically normal.

7111 Medical Center Blvd.
N 633
Marrero, LA 70072-0144
(504) 349-6600
Fax - (504) 349-6621

120 Meadowcrest St.
Suite 410
Gretna, LA 70056-5250
(504) 394-4482
Fax - (504) 394-0273

Page -2-
NAME:       Peggy E. Martinez
CLINIC#     75550
DATE:       11/18/97

CONCLUSION:     1.   MINIMAL DILATATION TO LEFT
                     VENTRICLE.
                2.   NORMAL LEFT VENTRICULAR SYSTOLIC
                     FUNCTION.

CHESTER J. FALTERMAN, M.D.

/sld

MARTINEZ------        101321---:006                    0025

OCT 23 2003 14:43 FR ARNOLD PORTER    212 715 1397 TO **4779*02571190* P.09/21



**Heart Clinic of Louisiana**

A Professional Medical Corporation

Frederick G Kushner, MD
Medical Director
C. Britton Micheal, MD
Medical Director
Chester J. Falterman, MD
E Kenneth Kasal, MD
Leslie W Levinson, MD
Leon B Glade, MD
David S Hutchinson, MD

## CARDIAC DOPPLER

| | | | |
|---|---|---|---|
| NAME: | Peggy H. Martinez | DATE: | 11/18/97 |
| DOCTOR: | Dr. Falterman | AGE/SEX: | 48/F |
| HOSPITAL # | | CLINIC # | 75550 |

INDICATIONS:    SOB.

EKG FINDINGS:

TECH NOTES:

**INTERPRETATION:** Mitral inflow pattern is suggestive of abnormal relaxation and diastolic dysfunction. There is trace mitral insufficiency. There is mild aortic insufficiency. There is mild tricuspid insufficiency.

CONCLUSION:    MILDLY ABNORMAL DOPPLER WITH COLORFLOW
                AS DETAILED ABOVE.

CHESTER J. FALTERMAN, M.D.

/sld

3700 Medical Center Blvd.
#443
Marrero, LA 70072-3146
(504) 349-6800
Fax - (504) 349-6831

130 Meadowcrest St.
Suite 410
Gretna, LA 70056-3250
(504) 394-9622
Fax - (504) 391-3825

MARTINEZ                        101321---;006                        0026

# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS | § | MDL DOCKET NO. 1203 |
| (PHENTERMINE, FENFLURAMINE, | § | |
| DEXFENFLURAMINE) PRODUCTS | § | |
| LIABILITY LITIGATION | § | |
| | § | |
| THIS DOCUMENTS RELATES TO: | § | |
| | § | |
| | § | |
| MARILYN MELDER | § | |
| | § | |
| vs. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | CIVIL ACTION NO. 02-20142 |
| CORPORATION, ET AL | § | |

### PLAINTIFFS' DESIGNATION OF CASE SPECIFIC EXPERT AND REPORTS

In accordance with Feb. R. Civ. P. 26(a)(2) and applicable Pretrial Orders,

Plaintiff hereby designates that Plaintiff may call to testify in the above-referenced case

the case specific expert witness, Dr. Gabriel Lasala. The curriculum vitae and written

report of the expert witness pursuant to Fed. R. Civ. P. 26(a)(2)(B) is attached hereto.

Respectfully submitted,

O'QUINN, LAMINACK & PIRTLE

SUSAN EARNEST (LA# 22348)
RICHARD N. LAMINACK  (TBA #11850350)
THOMAS W. PIRTLE  (TBA #16038610)
440 Louisiana, Suite 2300
Houston, Texas  77002
(713) 223-1000
(713) 223-4870 (fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been

forwarded via Regular United States Mail to all counsel of record on this _____ day of

October, 2003.

Michael T. Scott
REED SMITH, L.L.P.
2500 One Liberty Place
Philadelphia, Pennsylvania 19103
Telephone:    215/851-8248
Facsimile:    215/851-1420

LIASON COUNSEL OR FENFLURAMINE AND DEXFENFLURAMINE
DEFENDANTS

Edward W. Madeira, Jr.
PEPPER HAMILTON, L.L.P.
Bell Atlantic Building, 34th Floor
1717 Arch Street
Philadelphia, Pennsylvania 19103
Telephone:    215/981-4353
Facsimile:    215/981-4307

LIASON COUNSEL FOR PHENTERMINE MANUFACTURERS AND SUPPLIERS

Edward S. Weltman
GOODWIN PROCTOR, L.L.P.
1285 Avenue of the Americas
New York, New York 10019
Telephone:    212/956-1500
Facsimile:    212/956-3252

CO-LEAD COUNSEL FOR PHENTERMINE DEFENDANTS

Peter L. Resnick
McDERMOTT, WILL & EMERY
28 State Street, 34th Floor
Boston, Massachusetts 02109-1775
Telephone:    617/535-4000
Facsimile:    617/535-3800

2

**CO-LEAD COUNSEL FOR PHENTERMINE DEFENDANTS**

Mr. John J. Disimone, III
**Plaintiffs' Management Committee**
**Diet Drugs Products Liability Litigation**
**325 Chestnut Street, Suite 200**
**Philadelphia, Pennsylvania 19106**

PLAINTIFFS' MANAGEMENT COMMITTEE

SUSAN EARNEST

3

## ~~CHERUNGIE CARDIOVASCULAR ASSOCIATES~~
### A PROFESSIONAL MEDICAL CORPORATION

| | | |
|---|---|---|
| Gabriel Lasala, M.D., F.A.C.C. | Dorothy H. Banish, M.D., F.A.C.C. | Frank Voelker, III, M.D. |
| Michael Lecce, M.D., F.A.C.C. | Philip A. Gardner, M.D., F.A.C.S., RVT | Richard Colón, M.D. |
| | George E. Barnes, M.D., F.A.C.S. | |

### ECHOCARDIOGRAPHIC REPORT

NAME: <u>Marilyn Melder</u>     AGE:     DATE: <u>1/15/98</u>     TAPE:
PHYSICIAN: <u>Dr. Lasala</u>     REFERRING PHYSICIAN:
DIAGNOSIS:

<u>M-Mode Interpretation</u>

| | | | |
|---|---|---|---|
| RVDd _ cm (1.7-2.7) | | LVEF _ % (>55%) | |
| LVDd _ cm (3.5-5.7) | | LAD _ cm (1.9-4.0) | |
| LVDs _ cm (2.6-3.9) | | AO _ cm (1.9-4.0) | |
| IVSd _ cm (0.6-1.2) | | AoV vel (1.0-1.7 msec) | |
| IVSs _ cm (0.7-1.1) | | AoV area __ (3-5cm2) | |
| | | MV PHT _ (30-60 msec) | |

Aortic valve: _.
Mitral valve: <u>Thickening of interior leaflet.</u>
Septal motion: <u>Normal.</u>
Posterior wall motion: <u>Normal.</u>
Quality of recording: <u>Good.</u>

<u>2-D Interpretation</u>
1. Normal LV size.
2. Normal LV systolic function with an ejection fraction of 65%.
<u>Doppler Interpretation</u>
3. Mild MR.
4. Mild AI.

Gabriel P. Lasala, M.D.
Cardiologist

DT: 10/22/03

## Tchefuncte
## Cardiovascular
Associates  *Personal care from ... cardiovascular specialists*

Gabriel Lasala, M.D., F.A.C.C.            Dorothy H. Banish, M.D., F.A.C.C.            Frank Voelker III, M.D.
Michael Lecce, M.D., F.A.C.C.            Philip A. Gardner, M.D., F.A.C.S., RVT            Richard Colón, M.D.
                                         George E. Barnes, M.D., F.A.C.S.

October 22, 2003

RE:  Marilyn Melder

To Whom It May Concern:

I am a physician Board Certified in Cardiology, Interventional Cardiology, and Internal Medicine and have practiced cardiology in the state of Louisiana since 1995.  I am Chief of Cardiology at Lakeview Regional Medical Center and treat patients who have cardiac disease.  I have not testified as an expert at trial or by deposition within the preceding four years.  The remainder of my qualifications and current publications are found in my curriculum vitae.  My fee for depositions and trial testimony is $500.00 per hour including travel time.

I was asked to interpret an echocardiogram on Marilyn Melder.  My opinion expressed for her is based on my review of her echocardiogram tape and is contained in my report.  The data and information I used in forming my opinion was based on the level of regurgitation as defined by Singh (1999).

The echocardiogram tape and accompanying report can be used as exhibits in support of my opinion.

Should you need any further information please don't hesitate to contact my office.

Sincerely,

Gabriel P. Lasala, M.D., F.A.C.C.

101 East Fairway Drive            1117 South Tyler Street            809 Boat Ramp Road            537 Kentucky Avenue
Suite 504                         Covington, Louisiana 70433        Franklinton, Louisiana 70438   Suite A
Covington, Louisiana 70433        (985) 893-4090                    (985) 839-6244                 Bogalusa, Louisiana 70427
(985) 871-8227                    (985) 893-9294 Fax                (985) 839-9642 Fax             (985) 732-1660
(985) 871-1548 Fax                                                                                (985) 732-1657 Fax
                                  www.tchefunctecardio.com

OCT 23 2003 14:45 FR ARNOLD PORTER        212 715 1397 TO **4779*02571190* P.17/21

## Gabriel P. Lasala, M.D., F.A.C.C.

Diplomate American Board of Internal Medicine in
### Internal Medicine
### Cardiovascular Diseases
### Interventional Cardiology

| | |
|---|---|
| Address: | 803 Tradition Drive |
| | Covington, LA 70433 |
| Telephone: | (985) 875-9985 |
| Marital Status: | Divorced |
| Children/DOB: | Maria Florencia    01/26/85 |
| | Julieta    11/11/86 |
| | Nicholas Gabriel    01/03/94 |
| | Claudia Caroline    07/01/96 |
| Social Security: | 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 |

### Studies

| | |
|---|---|
| High School: | Liceo Militar G. Espejo. Colegio Nacioanl A. Alvarez. Mendoza, Argentina  1973-1977 |
| School of Medicine: | National University of Cordoba. Cordoba, Argentina  1978-1984 |
| Degree Obtained: | Physician and Surgeon  12-19-83 |
| Medical License: | Louisiana, 10402R |
| | Mississippi, 13305 |
| Native Language: | Spanish      Second Language: English |

Updated: 6/5/02

# Gabriel P. Lasala, M.D.

### Diplomate American Board of Internal Medicine in
### Internal Medicine
### Cardiovascular Diseases
### Interventional Cardiology

## Medical Exams:

FMGEMS (Foreign Graduate Examination in Medical Sciences) taken and passed 1988

The Medical Council of Canada: taken and passed 1985

Flex: Taken and passed 1990, Nashville, TN. Taken and passed 1992, Jackson, MS

American Board of Internal Medicine: Taken and passed 1992, New Orleans, LA

Cardiology Boards: Taken and passed 1995, Houston, TX

Interventional Cardiology Boards (ABIM): Taken and passed 1999, New Orleans, LA

## Positions:

Anesthesiology: First year residency. Misericordia Hospital, Cordoba, Argentina. 1984

Internal Medicine: Posadas National Hospital, Buenos Aires, Argentina. 1985

Internal Medicine: Internship (3yrs). Posadas National Hospital, Buenos Aires, Argentina. 1986-1988

Emergency Medicine: Staff Member. Posadas National Hospital, Buenos Aires, Argentina. 1987-1988

Internal Medicine: Residency (3yrs). University of Mississippi Medical Center, Jackson, MS 1/89-1/92

Cardiology: Fellowship. University of Mississippi Medical Center, Jackson, MS. 1/92-1/95

Emergency Medicine: Active Staff. St. Dominic Jackson Memorial Hospital, Jackson, MS 1/93-3/95

Cardiology: Active Staff. Byrd Regional Hospital, Leesville, LA 2/95-9/97

Cardiology: Active Staff. St. Francis Cabrini Hospital, Alexandria, LA 4/95-9/97

Medical Director of Cardiac Catheterization Lab, Byrd Regional Hospital, Leesville, LA 1/95-9/97

Medical Director of ICU. Byrd Regional Hospital, Leesville, LA 1/97-9/97

Cardiology: Active Staff. St. Tammany Parish Hospital, Covington, LA 8/97-Present

Cardiology: Active Staff. Lakeview Regional Medical Center, Covington, LA 9/97-Present

Chief of Cardiology: St. Tammany Parish Hospital, Covington, LA 1/2001 and 1/2002

Chief of Cardiology: Lakeview Regional Medical Center, Covington, LA 1/2001 and 1/2002

Updated: 4/3/02

## Gabriel P. Lasala, M.D.

### Diplomate American Board of Internal medicine in
### Internal Medicine
### Cardiovascular Diseases
### Interventional Cardiology

## Teaching:

Physiology: Assistant Instructor of Physiology. School of Medicine. National University of Cuyo 1981-1982

ACLS Instructor. American Heart Association. 2/94

Rotational Coronary Atherectomy: Proctor for Rotablator, Boston Scientific-SCIMED Corp. 4/00

## Research:

Effects of beta-adrenergic blocker agents on vascular reactivity.
Dept of Pathophysiology, School of Medicine. National University of Cuyo. 1981-1982

Streptokinase in acute myocardial infarction. Posadas National Hospital, Buenos Aires, Argentina. 1987-1988

Mechanical Function of ex-vivo cold stored hearts with fructose 1-6 diphosphate. Division of Cardiology. University of Mississippi. 1989-1991

Plasma oxidase activity in the diagnosis of myocardial infarction. Division of Cardiology. University of Mississippi. 1990-1992

## Publications:

1) J. Abdhala, M. Delugan, G Perez Lasala. Effects of beta adrenergic blocker agents on vascular reactivity. Rev Univ 87,7:1988:54
2) G. Perez Lasala. Fibrinolytics in the treatment of acute Myocardial Infarction. Prensa Med Argentina 75;6, 1996:270-73
3) W. Bennet, L. Farias, G. Perez Lasala. Mechanical function of ex-vivo cold stored hearts is improved with fructose 1-6 diphosphate. Clinical Research. 38,1;1990:24A
4) G. Perez Lasala, R. Nolan, S. Chapman Peritoneal blastomycosis. Am J. Gastroent. 86,3;1991:357-359
5) T. Wright, L. Farias, G. Perez Lasala Plasma oxidase assay for diagnosis of myocardial infarction. Clinical Research 39, 4; 1991:799A
6) G. Perez Lasala, T. Cannon, K. Mansel. Lymphangitic carcinomatosis from cervical carcinoma. Am J Med Sci 303(3); 1992:174-76
7) E. Abbud, K Osman, G. Perez Lasala. Possible mechanism for the appearance of J-wave on the electrocardiogram during hypothermia. Eur Heart J 13: (suppl); 1992:112
8) J.D. Cleary, J. Hayman, J. Sherwood, G. Perez Lasala, T. Plazza-Hepp. Amphotericin B overdose in pediatric patients with associated cardiac arrest. Ann Pharmacother. 27;1993:715-9
9) G. Perez Lasala, T. Wright, K. Osman, S. Slouffi, T. Skelton. Plasma oxidase assay for screening of myocardial infarction. AM J Med Sci 1994; 308(3): 157-161

Updated: 6/3/02

# Gabriel P. Lasala, M.D.

Diplomate American Board of Internal Medicine in
Internal Medicine
Cardiovascular Diseases
Interventional Cardiology

## Society Memberships:

American Society of Internal Medicine
American Medical Association
American College of Physicians
American College of Cardiology
Southern Medical Association

## Presentations:

Effects of beta-adrenergic blocking agents in vascular reactivity.
Jornadas Nacionales de Investigacion. Mendoza, Argentina. 1984

Peritoneal Blastomycosis. American College of Physician. Louisiana and Mississippi Scientific Meeting.
Jackson, Mississippi. 1990

Plasma Oxidase Activity. Southern Society for Clinical Investigation. New Orleans, Louisiana. 1992

Plasma Oxidase assay for diagnosis of myocardial infarction. American College of Physicians. 73rd
Annual Session, San Diego, CA. 1992

## Awards:

Certificate of merit. American College of Physicians: Participation in 1990 Associates Presentation.
Louisiana/Mississippi Chapters, Jackson, Mississippi.

Certificate of Merit. American College of Physicians: Selected Finalist 1992 National Associates
Research Poster Competition, San Diego, California

## Fellowships:

American College of Cardiology

Updated: 6/5/02

## Gabriel P. Lasaia, M.D.

### Diplomate American Board of Internal Medicine in
#### Internal Medicine
#### Cardiovascular Diseases
#### Interventional Cardiology

### Clinical Trials:

Procter & Gamble Pharmaceuticals, Inc. Sub Investigator. Study Name: Multi-center double-blind, placebo-controlled, parallel design clinical trial to assess the efficacy and safety of a daily oral dose of 125 mg of Azimilide Dihydrochloride for the prophylactic treatment of symptomatic atrial fibrillation/flutter and/or symptomatic paroxysmal supraventricular tachycardia. Protocol No: 1998017. 1997-1998

Biogen. Principal Investigator. New Orleans Clinical Trial Management. 1998-1999

Procter & Gamble Pharmaceuticals, Inc. Sub Investigator. Study Name: Multi-center open-label clinical trial to assess the long term safety of a daily oral dose of 125 mg Azimilide Dihydrochloride in patients with atrial fibrillation/flutter and/or paroxysmal supraventricular tachycardia. Protocol No: 1998016. 1998 – present

Smith Kline Beecham, Lotrafiban -- SB 214857. Sub Investigator. Study Name: Blockade of the GP IIB/IIIA Receptor to avoid vascular occlusion (BRAVO). Protocol No: 214857/030. 1999-2001

AstraZeneca. Sub Investigator. Study Name: Efficacy and safety study of the oral direct thrombin inhibitor H 376/95 compared with dose-adjusted Warfarin (Coumadin) in the prevention of stroke and systemic embolic events in patients with atrial fibrillation. (SPORTIF V) 2000-Present

Bristol-Myers Squibb (BMS). Sub Investigator. Study Name: Omapatrilat cardiovascular treatment assessment versus enalapril (OCTAVE). Protocol No: CV137-120. 2000-2001

Procter & Gamble Pharmaceuticals, Inc. Sub Investigator. Study Name: Randomized, double-blind, placebo-controlled study of two intravenous dosing regimens of h5G1.1-scFv in patients with acute myocardial infarction undergoing percutaneous transluminal coronary angioplasty reperfusion therapy (COMMA). Protocol No: 1999053. 2000-2002

Procter & Gamble Pharmaceuticals, Inc. Sub Investigator. Study Name: Randomized, double-blind, placebo-controlled study of two intravenous dosing regimens of h5G1.1-scFv in patients with acute myocardial infarction undergoing thrombolytic reperfusion therapy (COMPLY). Protocol No: 1999052. 2000-2002

Updated: 6/5/02

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of Wyeth's Motion to Strike Plaintiffs Marilyn Melder's and Peggy Martinez's Expert Witnesses and to Bar Plaintiff Tefferny Perez from Designating an Expert was served this 9th day of December 2003 by UPS Overnight Delivery upon counsel in the foregoing action addressed as follows:

Robert G. Harvey, Sr., Esq.,
Harvey Jacobson & Glago, APLC
2609 Canal Street, Fifth Floor
New Orleans, LA 70119

Richard N. Laminack, Esq.
Buffy Martines
O'Quinn, Laminack & Pirtle
440 Louisiana, Suite 2400
Houston, TX 77002

Darleen Jacobs, Esq.
Jacobs & Sarrat
823 St. Louis Street
New Orleans, LA 70112

Susan Earnest, Esq.
Diet Drugs Litigation
2752 Canal Street
New Orleans, LA 70119

and by U.S. first-class mail, postage prepaid, upon counsel required to be served by Pretrial Order No. 19.

Caroline Flotron, Esquire

Date: December 9, 2003