IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| MARILYN MELDER, ET AL.<br><br>Plaintiff<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION, ET AL.<br><br>Defendants | CIVIL ACTION NO. 02-20142<br><br>HONORABLE HARVEY BARTLE, III |

### STIPULATION AND CONSENT OF DISMISSAL PTO NO. _____

**IT IS HEREBY STIPULATED** by and between Plaintiff Marilyn Melder, ("Plaintiff"), and Defendant, Sheldon Hersh, M.D., ("Defendant"), through their respective counsel, that the Petition for Damages filed by Plaintiff against Defendant in the above-captioned matter is dismissed with prejudice as to this Defendant, Sheldon Hersh, M.D. only and without costs to either party. This stipulation may be signed in counterparts and, if so signed, shall have the same force and effect as if all signatories had executed one copy.

| | |
|---|---|
| O'QUINN, LAMINACK & PIRTLE | BATIZA, GODOFSKY, SCHROEDER & FORD |

_signature_ RMU2686

REBECCA M. URRUTIA – Bar No. 28340
2752 Canal Street
New Orleans, LA 70119
Telephone: (504) 822-8400

_signature_

DR. SHELDON HERSH
DEBORA SCHROEDER-Bar No. 1589
One Galleria Boulevard, Suite 700
Metairie, LA 70001
Telephone: (504) 841-5251
*Attorneys for Defendant,*
*Sheldon Hersh, M.D.*

HARVEY, JACOBSON & GLAGO
ROBERT G. HARVEY, SR. -Bar. No. 18615
2609 Canal Street, Fifth Floor
New Orleans, LA 70119
Telephone: (504) 822-2136

**JACOBS & SARRAT**
**DARLEEN JACOBS, LA#7208**
823 St. Louis Street
New Orleans, Louisiana 70112
Telephone: (504) 522-0155

*Attorneys for Plaintiff*

Dated: 5/5/05

Dated: 5/5/05

**IT IS SO ORDERED.**

Dated: _____

_____
**JUDGE**

Mr. John J. Disimone, III
Plaintiffs' Management Committee
Diet Drugs Product Liability Litigation
325 Chestnut St., Suite 200
Philadelphia, Pennsylvania 19106

Deborah Van Meter
McGLINCHEY STAFFORD, A.P.L.C.
643 Magazine St.
New Orleans, Louisiana 70130-3477

Thomas Stoever, Jr.
Michael Rollins
Suite 4500, 370 Seventeenth St.
Denver, Colorado 80202-1370

Terry Gay
Christovich & Kearney
601 Poysras Street
New Orleans, LA 70130

Marie Rudd Posey
Steen & Williamson, LLC
1100 Poydras Street Suite 1250
New Orleans, LA 70163

Stanton Shuler, Jr.
Leake & Anderson
1100 Poydras Street Suite 1700
New Orleans, LA 70163

Doug Moore
Darleen Peters
Irwin & Fritchie
400 Poydras Street Suite 2700
New Orleans, LA 70130

Jason Cashio
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, L.L.P.
Twenty-Second Floor
One American Place
Baton Rouge, Louisiana 70821

W. Luther Wilson
Brooks & Phillips, L.L.P.
451 Florida Street #8
Baton Rouge, LA 70801

Deborah Schroeder
Batiza, Godofsky, Penzato, Shroeder & Ford
One Galleria Boulevard, Suite 700
Metairie, Louisiana 70001

_____
REBECCA M. URRUTIA