IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | : : : MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO THE
O'QUINN LAW FIRM (f/k/a O'QUINN,
LAMINACK & PIRTLE) CASES
LISTED ON EXHIBITS A & B

## PRETRIAL ORDER NO. _____

AND NOW TO WIT: This \_\_\_\_\_ day of _____ 2007 it having been advised that all claims between all the parties in the cases listed on Exhibits A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibits A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY: \_\_\_\_\_s/Tom Dempsey\_\_\_\_\_
Tom Dempsey
Deputy Clerk

**EXHIBIT A**

The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Single Plaintiff Cases
9/15/2007

| # | Plaintiff Name | MDL No. | Transferor Court |
|---|---|---|---|
| 1 | Morella, Louis | 03-20350 | TXS |
| 2 | Lessing, Joyce | 03-20520 | TXW |
| 3 | Kowis, Betty Ann | 04-20277 | TXS |
| 4 | Knolley, Karen B. | 04-20354 | TXE |
| 5 | Rosmon, Gail | 04-20484 | TXN |
| 6 | Young, Loretta L. | 04-21610 | TXS |
| 7 | Hegeman, Katherine | 05-22104 | LAE |
| 8 | Hebert, John | 05-22240 | LAE |
| 9 | Davis, Yvette | 05-22284 | LAE |
| 10 | Randle, Valecia R. | 05-24997 | TXE |

EXHIBIT B

The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Multi Plaintiff Cases
9/15/2007

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | Melder, Marilyn | Melder, Marilyn, et al. | 02-20142 | LAE |
| 2 | McGee, Doris | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 3 | Ragas, Beverly N. | King, Grace, et al. | 03-20132 | LAE |
| 4 | Reese, Jeanna | Hodges, Elsie, et al. | 04-20309 | TXE |
| 5 | Lastor, Nika | Guidry-Granger, Mary Priscilla, et al. | 04-20333 | TXE |